# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEREK PAYNE

NO. 2021 KW 1162

**JANUARY 21, 2022**

---

In Re: Derek Payne, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 1403-16.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT